IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CV302 |
| vs. | **ORDER OF DEFAULT JUDGMENT** |
| $37,200.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |

This matter is before the Court upon the United States of America's Amended Motion for Order of Default Judgment and Decree of Forfeiture (Filing No. 15) against the defendant U.S. currency with regard to Christopher Emerson. The Court, being duly advised in the premises, finds as follows:

1. On July 9, 2019, the United States filed a Complaint for Forfeiture *in rem*, (Filing No. 1), this Court issued a Warrant for Arrest *in rem* (Filing No. 4), and Homeland Security Investigations (HSI) properly served the warrant on the defendant property.

2. Also on July 9, 2019, the U.S. Attorney's Office, District of Nebraska sent copies of the Complaint for Forfeiture *in rem*, the Notice of Complaint for Forfeiture, and the Warrant for Arrest *in rem* via U.S. Mail and Certified Mail to Christopher Emerson at his last known address in California. (Filing No. 7).

3. On July 10, 2019, this Court ordered the United States to begin publication of the Notice of this action and of the arrest of the Defendant property. (Filing No. 6).

4. On July 12, 2019, the United States began publication of the Notice of this judicial forfeiture action *in rem*.

5. On August 20, 2019, the District Court Clerk entered a Clerk's Entry of Default (Filing No. 10) against Christopher Emerson.

6. From a review of the docket and case filings, Christopher Emerson has not entered an appearance, either personally or through counsel, or filed a claim or an answer in response to the Complaint for Forfeiture *in rem* within the time fixed by law.

7. The Motion for Default Judgment should be granted with regard to Christopher Emerson.

IT IS ORDERED:

A. The Motion for Default Judgment is hereby granted with regard to Christopher Emerson;

B. All right, title and interest in or to $37,200.00 U.S. currency of the defendant property held by Christopher Emerson is hereby forever barred and foreclosed.

Dated this 27th day of August, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge